# United States District Court for the Northern District of Illinois

Case Number: 07CV6594          Assigned/Issued By: J. N.

Judge Name: LEINENWEBER      Designated Magistrate Judge: DENLOW

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                         Receipt #: 1115672

Date Payment Rec'd: 11-21-07             Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

5   Original and 5   copies on 11-21-07   as to MATRICIA J. JACKSON;
                                (Date)
CHICAGO REALTY NETWORK, LLC; REGENT TITLE INSURANCE AGENCY, LLC;

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FLAGSTAR BANK, FSB

C:\wpwin80\docket\feeinfo.frm       03/14/05