AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Alvin Powell and Cynthia Powell

V.

Flagstar Bank, FSB, Mortgage Electronic Registration
Systems, Inc., Regent Title Insurance Agency, LLC,
Chicago Realty Network, LLC, and Matricia J. Jackson

CASE NUMBER: 07 C 6594

ASSIGNED JUDGE: JUDGE LEINENWEBER

DESIGNATED MAGISTRATE JUDGE DENLOW

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Regent Title Insurance Agency, LLC
c/o Registered Agent
Michael S. Roberts
55 W. Monroe, Suite 1700
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman Combs Latturner & Goodwin
120 S. LaSalle St.
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

NOV 2 1 2007
_____
DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  11/26/07 |
| NAME OF SERVER *(PRINT)*  Alana Parvey | TITLE  Paralegal Seipervisor |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Left with Rebecca Smith at 55 W. Monroe, Suite 1700, Chicago, IL

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/26/07
_____
Date

_____
Signature of Server

120 S LaSalle 18th Fl
Chicago, IL 60603
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.