AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Alvin Powell and Cynthia Powell

V.

Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc., Regent Title Insurance Agency, LLC, Chicago Realty Network, LLC, and Matricia J. Jackson

CASE NUMBER: 07 C 6594

ASSIGNED JUDGE: JUDGE LEINENWEBER

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Mortgage Electronic Registration Systems, Inc.
c/o Registered Agent
CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman Combs Latturner & Goodwin
120 S. LaSalle St.
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: NOV 21 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/26/07 |
| NAME OF SERVER *(PRINT)* Alana Parvey | TITLE Paralegal Supervisor |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Registered Agent, CT Corporation System, 208 S La Salle Suite 814 Chicago IL 60603

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/26/07
Date

Signature of Server

Address of Server: 120 S LaSalle St 18th Fl, Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.