AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Alvin Powell and Cynthia Powell

CASE NUMBER: 07C 6594

V.

ASSIGNED JUDGE: **JUDGE LEINENWEBER**

Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc., Regent Title Insurance Agency, LLC, Chicago Realty Network, LLC, and Matricia J. Jackson

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Flagstar Bank, FSB
5151 Corporate Dr.
Troy, MI 48098

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman Combs Latturner & Goodwin
120 S. LaSalle St.
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: NOV 21 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 30 NOV 07 |
| NAME OF SERVER (PRINT) Brandon Morse | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 5151 Corporate DR Troy MI 48098

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  30 NOV 07
                Date

Signature of Server
Brandon Morse

Address of Server
811 South B4V, Rochester Hills MI, 48307

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.