IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN POWELL and CYNTHIA POWELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 07 C 6594 ) |
| FLAGSTAR BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REGENT TITLE INSURANCE AGENCY, LLC, CHICAGO REALTY NETWORK, LLC, and MATRICIA J. JACKSON, an individual, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**REGENT TITLE COMPANY'S AGREED MOTION FOR
ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING TO COMPLAINT**

Now comes one of the defendants, Regent Title Insurance Agency, LLC ("Regent"), by its attorney, Peter S. Stamatis, and respectfully requests this Honorable Court enter an order granting Regent an additional thirty days, or until January 16, 2008, to file its responsive pleading to plaintiff's complaint. In support thereof, Regent states as follows:

1.    On or about November 27, 2007, Regent received a copy of the complaint in the above referenced matter.

2.    Federal Rule of Civil Procedure 12(a)(1)(A) requires defendants to serve an answer to a complaint "within 20 days after being served with the summons and complaint ..." Fed. Rule Civ. Pro. 12(a)(1)(A).

3.    Counsel for Regent needs additional time in which to review the facts and circumstances of this matter and respectfully request an additional 30 days, until January 16, 2008 in which to file its responsive pleading to the complaint.

4.    Regent's lawyer has consulted with plaintiff's lawyer, who agrees to this motion.

WHEREFORE the Defendant, Regent respectfully requests this Honorable Court enter an agreed order granting it an additional 30 days, until January 16, 2008, in which to file its responsive pleading to plaintiff's complaint.

Dated: 12/11/07

Respectfully submitted,

_____

One of Regent's Lawyers

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive
Suite 4800
Chicago, Illinois 60601
Telephone:  312 606 0045
Facsimile:  312 606 0085
Attorney code:  6217496