IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN POWELL and CYNTHIA POWELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 07 C 6594 ) |
| FLAGSTAR BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REGENT TITLE INSURANCE AGENCY, LLC, CHICAGO REALTY NETWORK, LLC, and MATRICIA J. JACKSON, an individual, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF MOTION

To: Daniel Edelman
Deborah A. Morgan
EDELMAN, COMBS,
LATTURNER & GOODWIN
120 South LaSalle Street
18th floor
Chicago, Illinois 60603

Haylene Matyas
Tribler Orpett & Meyer, P.C.
225 West Washington Street
Suite 1300
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Tuesday, December 18, 2007 we will appear before the Honorable Judge Harry D. Leinenweber, at 9:30 a.m., in Room 1941 of the Dirkson Building, 219 S. Dearborn, Chicago, Illinois and will there present the attached *REGENT TITLE COMPANY'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT*, a copy of which is attached.

12/11/07

_____
One of the attorneys for Regent Title Insurance Agency, Inc.

## CERTIFICATE OF DELIVERY

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to the applicable court rules that the above notice and any attached pleadings were served upon counsel and/or party of record by regular mail on December 12, 2007.

*[signature]*

Peter S. Stamatis

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive
Suite 4800
Chicago, Illinois 60601
Telephone: 312 606 0045
Facsimile: 312 606 0085
Attorney code: 6217496