**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALVIN POWELL and CYNTHIA POWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07 C 6594 |
| | ) | |
| v. | ) | |
| | ) | |
| FLAGSTAR BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REGENT TITLE INSURANCE AGENCY, LLC, CHICAGO REALTY NETWORK, LLC, and MATRICIA J. JACKSON, an individual, | ) ) ) ) ) ) | Judge Leinenweber
Magistrate Judge Denlow |
| Defendants. | ) | **JURY DEMANDED** |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, plaintiffs Alvin Powell and Cynthia Powell ("Plaintiffs") hereby move to withdraw the appearance of Deborah A. Morgan as their counsel. In support of this motion, Plaintiffs state:

1. Deborah A. Morgan filed an appearance in Case No. 07 C 6594 on November 21, 2007. She will be leaving the law firm of Edelman, Combs, Latturner & Goodwin, LLC, the firm representing Plaintiffs in this matter, on December 28, 2007.

2. Responsibility for this case will be transferred to another attorney within the firm of Edelman, Combs, Latturner, & Goodwin, LLC. Daniel A. Edelman, Cathleen M. Combs, James O. Latturner, and Tara L. Goodwin have appearances on file with the Court and will remain as counsel for Plaintiffs.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order permitting the withdrawal of the appearance of Deborah A. Morgan as counsel for Plaintiffs in this matter.

                                                   Respectfully submitted,

                                                   s/Deborah A. Morgan
                                                 Deborah A. Morgan

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Deborah A. Morgan
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200