**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALVIN POWELL and CYNTHIA POWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07 C 6594 |
| | ) | |
| v. | ) | |
| | ) | |
| FLAGSTAR BANK, FSB, MORTGAGE | ) | Judge Leinenweber |
| ELECTRONIC REGISTRATION SYSTEMS, | ) | Magistrate Judge Denlow |
| INC., REGENT TITLE INSURANCE AGENCY, | ) | |
| LLC, CHICAGO REALTY NETWORK, LLC, and | ) | |
| MATRICIA J. JACKSON, an individual, | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## NOTICE OF MOTION

**TO:    SEE ATTACHED SERVICE LIST**

      **PLEASE TAKE NOTICE** that on **Wednesday, December 19, 2007** at **9:30 a.m.**, we shall appear before the Honorable Judge Leinenweber in Room1941 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE,** a copy of which is hereby served upon you.

<u>s/ Deborah A. Morgan</u>
Deborah A. Morgan


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Deborah A. Morgan
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor

Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Deborah A. Morgan, hereby certify that on December 12, 2007, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Kurt Brendan Drain
kbdrain@tribler.com, nmazzuca@tribler.com

Harlene G. Matyas
hgmatyas@tribler.com, mmrule@tribler.com

Mortgage Electronic Registration Systems, Inc
c/o CT Corporation System
208 S LaSalle St, Ste 814
Chicago, IL 60604

Regent Title Insurance Agency, LLC
c/o Michael S. Roberts
55 W. Monroe, Ste 803
Chicago, IL 60603

Chicago Realty Network–Real Estate, LLC
c/o Susan Meyer
180 N. LaSalle St, Ste 2700
Chicago, IL 60601

Matricia J. Jackson
14414 Minerva Ave.
Dolton, IL 60419

s/ Deborah A. Morgan
Deborah A. Morgan

2