U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 07 C 6594

Alvin Powell and Cynthia Powell
v.
Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc., Regent Title Insurance Agency, LLC, Chicago Realty Network, LLC, and Matricia Jackson, an individal

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Realty Network, LLC

| | |
|---|---|
| NAME (Type or print) <br> Edward W. Williams | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Edward W. Williams | |
| FIRM <br> Law Offices of Edward W. Williams, Ltd. | |
| STREET ADDRESS <br> 205 West Wacker Street, Suite 1220 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6191341 | TELEPHONE NUMBER <br> 312-335-9470 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |