# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Alvin Powell, et al.
                    Plaintiff,

v.                                      Case No.: 1:07–cv–06594
                                        Honorable Harry D. Leinenweber

Flagstar Bank, FSB, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 17, 2007:

    MINUTE entry before Judge Harry D. Leinenweber : Plaintiff's Motion to Withdraw Appearance now noticed for 12/19/2007 is reset by the court for 12/18/2007 at 09:30 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.