# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6594 | **DATE** | 12/18/2007 |
| **CASE TITLE** | Alvin Powell, et al vs. Flagstar Bank, et al | | |

**DOCKET ENTRY TEXT**

Regent Title Company's Agreed Motion for enlargement of time to file responsive pleading to complaint is granted. Defendants' given to 1/17/2008 in which to answer or otherwise plead. Satus hearing set for 1/24/2008 at 9:00 a.m. Plaintiffs' Motion to withdraw the appearance of Deborah A. Morgan is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|