IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN POWELL and CYNTHIA POWELL, ) ) ) ) Plaintiffs, ) ) v. ) ) FLAGSTAR BANK, FSB, MORTGAGE ) ELECTRONIC REGISTRATION ) SYSTEMS, INC., REGENT TITLE ) INSURANCE AGENCY, LLC, ) CHICAGO REALTY NETWORK, LLC, ) and MATRICIA J. JACKSON, an ) individual, ) ) Defendants. ) | Case No.: 07 C 6594<br><br>Judge Leinenweber<br><br>Magistrate Judge Denlow |

**CHICAGO REALTY NETWORK, LLC'S AGREED MOTION FOR
ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING TO COMPLAINT**

NOW COMES Defendant, CHICAGO REALTY NETWORK, LLC ("CRN"), by and through its attorney, Edward W. Williams, and respectfully requests this Honorable Court enter an order granting CRN additional time, until January 17, 2008, to file its responsive pleading to Plaintiff's Complaint. In support thereof, CRN states as follows:

1.     On or about November 27, 2007, CRN received a copy of the Complaint in the above referenced matter.

2.     Federal Rule of Civil Procedure 12(a)(1)(A) requires defendants to serve an answer to a complaint "within 20 days after being served with the summons and complaint ..." Fed. Rule Civ. Pro. 12(a)(1)(A).

3. CRN has been working to prepare an Answer to the Complaint but requires additional time to adequately respond to the Complaint.

4. CRN's counsel consulted with Plaintiff's counsel, who agrees to this Motion.

5. Accordingly, counsel for CRN needs additional time in which to review the facts and circumstances of this matter and respectfully requests additional time, until January 17, 2008, in which to file its responsive pleading to the Complaint.

WHEREFORE the Defendant, CHICAGO REALTY NETWORK, LLC, respectfully requests that this Honorable Court enter an agreed order granting it additional time, until January 17, 2008, in which to file its responsive pleading to Plaintiff's Complaint.

> Respectfully submitted,
> CHICAGO REALTY NETWORK, LLC
> By and through one of its attorneys,
>
> s/ Edward W. Williams
> Attorney for Chicago Realty Network, LLC

Dated: January 3, 2008

EDWARD W. WILLIAMS
EDWARD W. WILLIAMS, LTD.
205 West Wacker, Suite 1220
Chicago, IL 60606
312/335-9470 Telephone
312/335-9482 Facsimile
Illinois ARDC # 6191341