IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN POWELL and CYNTHIA POWELL, | ) ) | |
| Plaintiffs, | ) ) | Case No.: 07 C 6594 |
| v. | ) ) | Judge Leinenweber |
| FLAGSTAR BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REGENT TITLE INSURANCE AGENCY, LLC, CHICAGO REALTY NETWORK, LLC, and MATRICIA J. JACKSON, an individual, | ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Attorney for Plaintiff
Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Attorney for Flagstar Bank, FSB
Harlene G. Matyas
Tribler Orpett & Meyer, P.C.
225 West Washington Street, Suite 1300
Chicago, IL 60606

Attorney for Regent Title Insurance Agency, LLC
Peter Sam Stamatis
Law Office of Peter S. Stamatis, P.C.
77 West Wacker Drive, Suite 4800
Chicago, IL 60610

PLEASE TAKE NOTICE that on Tuesday, January 22, 2008 I will appear before the Honorable Judge Harry D. Leinenweber, at 9:30 a.m., in Room 1941 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: CHICAGO REALTY NETWORK, LLC'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO COMPLAINT, a copy of which is attached.

s/Edward W. Williams
Attorney for Chicago Realty Network, LLC

**CERTIFICATE OF DELIVERY**

I, Alexis S. Badoian, hereby certify that on January 3, 2008, a true and correct copy of the foregoing Notice of Motion and Chicago Realty Network's Unopposed Motion for Extension of Time to Answer Complaint were filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record, as cited above, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alexis S. Badoian

EDWARD W. WILLIAMS
EDWARD W. WILLIAMS, LTD.
205 West Wacker, Suite 1220
Chicago, IL 60606
312/335-9470 Telephone
312/335-9482 Facsimile
Illinois ARDC # 6191341