IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN POWELL and CYNTHIA POWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6594 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| FLAGSTAR BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REGENT TITLE INSURANCE AGENCY, LLC, CHICAGO REALTY NETWORK, LLC, and MATRICIA J. JACKSON, an individual | ) ) ) ) ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Attorney for Plaintiff
      Daniel A. Edelman
      Edelman, Combs, Latturner & Goodwin, LLC
      120 South LaSalle Street, 18th Floor
      Chicago, IL 60603

      Attorney for Flagstar Bank, FSB
      Harlene G. Matyas
      Tribler Orpett & Meyer, P.C.
      225 West Washington Street, Suite 1300
      Chicago, IL 60606

      Attorney for Regent Title Insurance Agency, LLC
      Peter Sam Stamatis
      Law Office of Peter S. Stamatis, P.C.
      77 West Wacker Drive, Suite 4800
      Chicago, IL 60610

   PLEASE TAKE NOTICE that on January 17, 2008, we filed electronically with the United States District Court, Northern District of Illinois, the attached **Defendant Chicago Realty Network LLC's Answer to Plaintiffs' Complaint**.

                              s/ Alexis S. Badoian

## CERTIFICATE OF SERVICE

  I, Alexis S. Badoian, hereby certify that on January 17, 2008, a true and correct copy of the foregoing **Notice of Filing** and **Defendant Chicago Realty Network, LLC's Answer to Plaintiffs' Complaint** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

TO: Attorney for Plaintiff
   Daniel A. Edelman
   Edelman, Combs, Latturner & Goodwin, LLC
   120 South LaSalle Street, 18th Floor
   Chicago, IL 60603

   Attorney for Flagstar Bank, FSB
   Harlene G. Matyas
   Tribler Orpett & Meyer, P.C.
   225 West Washington Street, Suite 1300
   Chicago, IL 60606

   Attorney for Regent Title Insurance Agency, LLC
   Peter Sam Stamatis
   Law Office of Peter S. Stamatis, P.C.
   77 West Wacker Drive, Suite 4800
   Chicago, IL 60610

          s/ Alexis S. Badoian