IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN POWELL and CYNTHIA POWELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 07 C 6594 |
| FLAGSTAR BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REGENT TITLE INSURANCE AGENCY, LLC, CHICAGO REALTY NETWORK, LLC, and MATRICIA J. JACKSON, an individual, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING

To:   *See attached Certificate of Delivery*

    PLEASE TAKE NOTICE that on January 17, 2008, we filed with the court Regent Title Insurance Agency's **ANSWER AND AFFIRMATIVE DEFENSES**, a copy of which is attached.

                                      /s/ Peter S. Stamatis
                                      Regent's lawyer

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive
Suite 4800
Chicago, Illinois 60601
Telephone:  312-606-0045
Fax:  312606-0085
ARDC no.:  6217496

## **CERTIFICATE OF DELIVERY**

       The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Filing and Regent's Answer and Affirmative Defenses were filed electronically with the Clerk of the Court on this 17th day of January, 2008, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

To:   Daniel Edelman
      Deborah A. Morgan
      EDELMAN, COMBS,
      LATTURNER & GOODWIN
      120 South LaSalle Street
      18th floor
      Chicago, Illinois 60603

      Haylene Matyas
      Tribler Orpett & Meyer, P.C.
      225 West Washington Street
      Suite 1300
      Chicago, Illinois 60606

      Edward Williams
      Edward W. Williams, Ltd.
      205 West Wacker Drive
      Suite 1220
      Chicago, Illinois 60606

      /s/ Peter S. Stamatis
      Regent's lawyer