**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Alvin Powell, et al.
                          Plaintiff,

v.                                                    Case No.: 1:07−cv−06594
                                                      Honorable Harry D. Leinenweber

Flagstar Bank, FSB, et al.
                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, January 22, 2008:


    MINUTE entry before Judge Harry D. Leinenweber :Chicago Realty Network's Agreed Motion for enlargement of time to file responsive pleading to complaint [25] is granted. Defendants Flagstar Bank and Mortgage Electronic given to 2/1/2008 in which to answer. Michael Aschenbrener granted leave to file his appearance as additional counsel for plaintiff.Mailed notice(wp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.