UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Alvin Powell, et al.
                      Plaintiff,

v.                                    Case No.: 1:07–cv–06594
                                                        Honorable Harry D. Leinenweber

Flagstar Bank, FSB, et al.
                      Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Morton Denlow for the purpose of holding proceedings related to: settlement conference.(wp, )Mailed notice.

Dated: January 24, 2008

                                                              /s/ Harry D. Leinenweber

                                                             United States District Judge