IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN POWELL and CYNTHIA POWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 07 CV 6594 |
| | ) | |
| FLAGSTAR BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REGENT TITLE INSURANCE AGENCY, LLC, CHICAGO REALTY NETWORK, LLC, and MATRICIA J. JACKSON, an individual, | ) ) ) ) ) | Judge Harry D. Leinenweber Mag. Judge Morton Denlow |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE
TO FILE ANSWER TO COMPLAINT, *INSTANTER*** 

Now Come Defendants Flagstar Bank, FSB ("Flagstar") and Mortgage Electronic Registration Systems, Inc. ("MERS"), by and through their attorneys Tribler Orpett & Meyer, P.C., and respectfully request that this Honorable Court enter an order granting Flagstar Bank, FSB and Mortgage Electronic Registration Systems, Inc. leave to file their Answer, *instanter*, to the Complaint of Plaintiffs Alvin and Cynthia Powell (collectively "Plaintiffs"). In support thereof, Flagstar Bank, FSB and Mortgage Electronic Registration Systems, Inc. state as follows:

1. Defendants Flagstar and MERS move this Court for leave to file, *instanter*, their Answer to Plaintiffs' Complaint because personal and professional exigencies in the schedules of Defendants and Defendants' counsel precluded the subject Answer from being filed by the Court's previously set February 1, 2008 deadline. A true and correct copy of Defendants' Answer is attached hereto as Exhibit 1 and by this motion is provided to all parties as of February 20, 2008.

2. On February 20, 2008, counsel for Defendants Flagstar and MERS spoke with

1

counsel for Plaintiffs who has stated that they will agree to and do not oppose Defendants Flagstar and MERS's Motion for Leave to File Answer to Complaint, Instanter.

      3.      No discovery or dispositive motions have been propounded or filed in this matter. Further this matter has been referred to Magistrate Denlow for settlement purposes and all parties are participating in a settlement conference before Magistrate Denlow on February 26, 2008. Accordingly, no parties will suffer any prejudice by the Court granting Defendants Flagstar and MERS leave to file their Answer to Plaintiffs' Complaint, *instanter*, at or before the hearing on this Motion for Leave on February 27, 2008.

      WHEREFORE, Defendants Flagstar Bank, FSB and Mortgage Electronic Registration Systems, Inc. respectfully move this Court for entry of an order granting Defendants Flagstar and MERS leave to file their Answer, *instanter*, to Plaintiffs' Complaint, and for such other and further relief as this Court deems just and proper.

Date:   February 20, 2008                    Respectfully submitted,

                                                      s/ Kurt B. Drain
                                        Kurt B. Drain, ARDC # 6271753
                                        Tribler Orpett & Meyer, P.C.
                                        225 West Washington Street, Suite 1300
                                        Chicago, Illinois 60606
                                        312-201-6400
                                        312-201-6401 (facsimile)
                                        kbdrain@tribler.com
                                        Attorneys for Flagstar Bank, FSB and Mortgage
                                        Electronic Registration Systems, Inc.

Harlene G. Matyas, Esq.
Kurt B. Drain, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
312-201-6400
312-201-6401 (facsimile)

**CERTIFICATE OF SERVICE**

  I, Kurt B. Drain, an attorney, certify that I caused true and correct copies of Motion for Leave to File Answer to Complaint, *instanter*, to be served upon the parties indicated below electronically via the Court's ECF system on February 20, 2008.


*For Alvin and Cynthia Powell*
Daniel A. Edelman
Cathleen M. Combs
Michael Aschenbrener
James O. Latturner
Tara L. Goodwin
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
courtecl@edcombs.com
ccombs@edcombs.com
jlatturner@edcombs.com
tgoodwin@edcombs.com

*For Regent Title Insurance Agency, LLC*
Peter S. Stamatis
Law Offices of Peter S. Stamatis
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
stamatis@ameritech.net

*For Chicago Realty Network, LLC*
Edward W. Williams
Law Offices of Edward W. Williams, Ltd.
205 West Wacker Drive, Suite 1220
Chicago, IL 60606
edw173@aol.com

              s/ Kurt B. Drain
              Kurt B. Drain, ARDC # 6271753
              Tribler Orpett & Meyer, P.C.
              225 West Washington Street, Suite 1300
              Chicago, Illinois 60606
              312-201-6400
              312-201-6401 (facsimile)
              kbdrain@tribler.com