### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN POWELL and CYNTHIA POWELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 07 CV 6594 |
| | ) | |
| FLAGSTAR BANK, FSB, MORTGAGE | ) | Judge Harry D. Leinenweber |
| ELECTRONIC REGISTRATION SYSTEMS, | ) | Mag. Judge Morton Denlow |
| INC., REGENT TITLE INSURANCE AGENCY, | ) | |
| LLC, CHICAGO REALTY NETWORK, LLC, and | ) | |
| MATRICIA J. JACKSON, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF UNOPPOSED MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **February 27, 2008**, we will appear before the Honorable Judge Harry D. Leinenweber, at **9:30 a.m**., in Room 1941 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and will there present the attached *Defendants Flagstar Bank, FSB and Mortgage Electronic Registration Systems, Inc.'s Answer to the Complaint*, a copy of which is attached.

Date:   February 20, 2008                    Respectfully submitted,

                                                             s/ Kurt B. Drain
                                             Kurt B. Drain, ARDC # 6271753
                                             Tribler Orpett & Meyer, P.C.
                                             225 West Washington Street, Suite 1300
                                             Chicago, Illinois 60606
                                             312-201-6400
                                             312-201-6401 (facsimile)
                                             kbdrain@tribler.com
                                             Attorneys for Flagstar Bank, FSB and Mortgage
                                             Electronic Registration Systems, Inc.

Harlene G. Matyas, Esq.
Kurt B. Drain, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois  60606
312-201-6400
312-201-6401 (facsimile)

**CERTIFICATE OF SERVICE**

I, Kurt B. Drain, an attorney, certify that I caused true and correct copies of Flagstar Bank, FSB and Mortgage Electronic Registration Systems, Inc.'s Notice of Unopposed Motion and Motion for Leave to File Answer to Complaint, *instanter*, to be served upon the parties indicated below electronically via the Court's ECF system on February 20, 2008.


*For Alvin and Cynthia Powell*
Daniel A. Edelman
Cathleen M. Combs
Michael Aschenbrener
James O. Latturner
Tara L. Goodwin
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
courtecl@edcombs.com
ccombs@edcombs.com
jlatturner@edcombs.com
tgoodwin@edcombs.com

*For Regent Title Insurance Agency, LLC*
Peter S. Stamatis
Law Offices of Peter S. Stamatis
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
stamatis@ameritech.net

*For Chicago Realty Network, LLC*
Edward W. Williams
Law Offices of Edward W. Williams, Ltd.
205 West Wacker Drive, Suite 1220
Chicago, IL 60606
edw173@aol.com

s/ Kurt B. Drain
Kurt B. Drain, ARDC # 6271753
Tribler Orpett & Meyer, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
312-201-6400
312-201-6401 (facsimile)
kbdrain@tribler.com

2