Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6594 | **DATE** | 2/26/2008 |
| **CASE TITLE** | Powell vs. Flagstar Bank, FSB, et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference held.  Agreement reached.  It Is Recommended that on Plaintiffs' oral motion, Matricia J. Jackson be dismissed without prejudice.

Docketing to mail notices.
*Copy to judge/magistrate judge.

02:35



| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|

07C6594 Powell vs. Flagstar Bank, FSB, et al.

Page 1 of 1