# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6594 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Powell vs. Flagstar Bank, FSB, et al. | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal. This case is dismissed without prejudice with leave to reinstate on or before 4/1/08 for the purpose of enforcing the settlement. In the event a motion to reinstate or motion to enforce settlement is not filed on or before 4/1/08, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court.

■ [ For further detail see separate order(s).]    Docketing to mail notices.




| | Courtroom Deputy Initials: | DK |
|---|---|---|